# ALABAMA COURT OF CRIMINAL APPEALS



November 17, 2023

**CR-2023-0326**
Andrew Lyons III v. State of Alabama (Appeal from Tuscaloosa Circuit Court: CC-06-3671.60)

## <u>NOTICE</u>

You are hereby notified that on November 17, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk